*E-Filed 8/23/10*

THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FERNANDES,

                    Plaintiff,

v.

DAWING PROPERTIES, LLC,

        Defendants.
_____/

and Third Party Action.
_____/

Case No.  CV  09-3700-RS

STIPULATION OF DISMISSAL OF THE
COMPLAINT; ORDER

        The Plaintiff and Defendant (hereafter the "Parties") have reached a full and final

settlement of all issues between them in this action.  A Settlement Agreement between the

Plaintiff and Defendant has been fully executed.

        Some parts of the Settlement Agreement are to be performed in the future.  The Parties

shall comply with their Settlement Agreement, a copy of which is incorporated by reference as

if fully set forth.  The Parties request the Court retain jurisdiction for twenty-four months from

the date hereof in order to enforce the terms of the Settlement Agreement under the authority of

CV  09-3700-RS                                    1

*Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that Complaint be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), subject to the Court's retention of jurisdiction over the Complaint for twenty-four months from the date hereof to enforce the Settlement Agreement.

THIS ACTION CONTINUES as to the Third Party Complaint.

Date:  August 19, 2010                          Date:  August 19, 2010


S/Judith L. Carlisle,                           S/Thomas N. Stewart, III,
Attorney for Defendant                          Attorney for Plaintiff


IT IS SO ORDERED:


Date:    8/23/10          _____
                                    Judge