*E-Filed 12/21/10*

1   JUDITH L. CARLISLE (State Bar #88046)
    FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL
2   300 Tuolumne Street
    Vallejo, CA 94590
3   E-Mail JudithCarlisle@FLGCH.com
    (707) 552-3630
4   (707) 552-8913 fax

5   Attorney for Defendant DAWNING
    PROPERTIES, LLC
6

7                 UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10  MICHAEL FERNANDES,                    Case No.  CV 09-03700 RS

11          Plaintiff,

12      v.                                STIPULATION FOR DISMISSAL OF
                                          THIRD PARTY COMPLAINT AND
    DAWNING PROPERTIES, LLC,              ORDER
13

14          Defendant

15  DAWNING PROPERTIES, LLC,

16          Third Party Plaintiff,
        v.
17
    WALTER STEWARD INC., KEIRAN J.
18  WALKER, PAULA BURCKARD and
    SYLVIA STEWARD,
19
            Third Party Defendants
20

21          The Third Party Plaintiff, Dawning Properties, LLC, and Third Party Defendants

22  Walter Steward Inc., Keiran J. Walker, Paula Burckard and Sylvia Steward (hereafter the

23  "Parties") have reached a full and final settlement of all issues between them in this action.

24  A Settlement Agreement between the Parties has been fully executed.

25          Some parts of the Settlement Agreement are to be performed in the future.  The

26  Parties shall comply with their Settlement Agreement.  The Parties request the Court retain

27  jurisdiction for twenty-four months from the date hereof in order to enforce the terms of

LAW OFFICES
FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL
300 TUOLUMNE STREET, SUITE A
VALLEJO, CALIFORNIA 94590-5787
TELEPHONE (707) 552-3630

1    the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co.*

2    *of America* 511 U.S. 375, 381-82 (1994).

3        IT IS HEREBY STIPULATED by and between the Parties hereto through their

4    designated counsel that the Third Party complaint is hereby dismissed with prejudice

5    pursuant to FRCP 41(a)(2), subject to the Court's retention of jurisdiction of the Third

6    Party Complaint for twenty-four months from the date hereof to enforce the Settlement

7    Agreement.

8    Dated: 12/14/10                Dated: 12/20/10

9

10   TODD BOYER                    FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL

11

12   _____     _____
     Attorney for Third Party            By JUDITH L. CARLISLE,
     Defendants                      Attorneys for Defendant and Third Party

13                                           Plaintiff, DAWNING PROPERTIES, LLC

14

15   IT IS SO ORDERED.

16

17   Dated: 12/20/10

18                                        JUDGE OF THE U.S. DISTRICT COURT

19

20

21

22

23

24

25

26

27

LAW OFFICES
FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL
300 TUOLUMNE STREET, SUITE A
VALLEJO, CALIFORNIA 94590-5787
TELEPHONE (707) 552-3630

**STIPULATION FOR DISMISSAL OF THIRD PARTY COMPLAINT Case No. CV 09-03700 RS**